No. 770. BEAUMONT BROADCASTING CORP. *v.* ENTERPRISE COMPANY ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *George S. Smith, Edwin S. Nail, Paul M. Segal* and *Philip J. Hennessey, Jr.* for petitioner. *Leonard H. Marks* and *Paul Dobin* for the Enterprise Company, respondent.

No. 658. NORTH AMERICAN AIRCOACH SYSTEMS, INC., ET AL. *v.* NORTH AMERICAN AVIATION, INC. C. A. 9th Cir. Certiorari denied. MR. JUSTICE REED took no part in the consideration or decision of this application. *Walter J. Derenberg* and *Hardy K. Maclay* for petitioners. *Charles Pickett, Edward L. Compton* and *Arch R. Tuthill* for respondent.

No. 571, Misc. RAMBERG *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION. Court of Appeals of Maryland. Certiorari denied.

No. 606, Misc. BELL *v.* IOWA. Supreme Court of Iowa. Certiorari denied.

No. 612, Misc. FRENCH *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 538, Misc. KINNIE, ALIAS WATTS, *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *Releford McGriff* for petitioner. *Richard W. Ervin,* Attorney General of Florida, and *Reeves Bowen,* Assistant Attorney General, for respondent.